# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

**SANDRA ANDERSON,**

    **Plaintiff,**                                    **Docket No. 1-215-23**
                                                                  **Jury Demand**

**vs.**

**THE KROGER CO., KROGER LIMITED
PARTNERSHIP I,
JOHN DOE MAINTENANCE and
JOHN DOE BUSINESS ENTITY,**

    **Defendants.**

## NOTICE OF REMOVAL

Come now the Defendants, The Kroger Co. and Kroger Limited Partnership I, (hereinafter "Kroger") by and through its undersigned counsel, pursuant to 28 U.S.C. Section 1441, et seq., and respectfully remove the above-styled cause of action to Federal Court as follows:

1. The above styled cause of action was commenced by Plaintiff filing a Complaint on or about August 9, 2023, in the Circuit Court of Knox County, Tennessee. A copy of the Plaintiff's Complaint in that action is attached to this Notice as Exhibit "A". Kroger was served on October 19, 2023; less than thirty (30) days prior to filing this Notice. A copy of the Summons and Notice of Service of Process is attached as Exhibit "B".

2. In the Complaint, Plaintiff asserts a liability claim for civil damages against Kroger. Plaintiff, Sandra Anderson, alleges she slipped and fell in the bathroom of a Kroger. The Plaintiff alleges negligence against Kroger. In her Complaint, Plaintiff seeks compensatory damages from the Defendants in the amount of Five Hundred Thousand dollars ($500,000.00).

3. At the time of the commencement of this action, Plaintiff was, and is now believed and alleged to be a citizen and resident of Tennessee. Defendant Kroger Limited Partnership I, is an

Ohio partnership doing business in the State of Tennessee. Defendant The Kroger Co. is an Ohio corporation, and the parent company of Kroger Limited Partnership I.

4. As a result of the complete diversity of citizenship of the parties, and the fact that Plaintiff has sued Kroger in the amount, exclusive of interest and costs, exceeding $75,000.00, Kroger submits that pursuant to 28 U.S.C. Section 1441, et seq., it is entitled to have this action removed to this Honorable Court.

5. Less than thirty (30) days have elapsed since Kroger was served with a Summons and a copy of the Complaint in the above-styled cause of action.

WHEREFORE, Kroger hereby removes the above-styled cause of action from the Circuit Court for Knox County, Tennessee, to the United States District Court for the Eastern District of Tennessee.

Respectfully submitted this 15th day of November, 2023.

s\Andrew N. Firkins
CLINT J. WOODFIN (BPR #016346)
ANDREW N. FIRKINS (BPR #033982)
*Attorneys for Defendants The Kroger Co. and Kroger Limited Partnership, I*
800 South Gay Street, Suite 1400
Knoxville, Tennessee 37929
(865) 673-8516 (Office)
(865) 673-8972 (Fax)

# CERTIFICATE OF SERVICE

       I hereby certify that on November 15, 2023 the Clerk of Court was requested to file a copy of the foregoing Notice. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                              s/ Andrew N. Firkins
                                              ANDREW N. FIRKINS (BPR #033982)